**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KIM LANDRY WILLIAMS
ADC #132269                                                                                              PLAINTIFF

V.                                        5:07CV00188 JLH/JTR

WILLIAM E. TERRY, 309 Coordinator,
Arkansas Department of Correction, et al.                                                       DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Dismiss (docket entry #19) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

2. Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 2nd day of November, 2007.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE